# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY R. JOHNSON**                                                                 **PLAINTIFF**

**v.**                            **Case No. 4:19-cv-00086-KGB**

**TAKEIYA LAZONDRIA WILLIAMS**                                      **DEFENDANT**

## ORDER

Before the Court is plaintiff Larry R. Johnson and defendant Takeiya Lazondria Williams' joint stipulation of dismissal (Dkt. No. 14). The parties stipulate that the complaint filed by Mr. Johnson against Ms. Williams should be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees (*Id.*). For good cause shown, the Court adopts the parties' joint stipulation of dismissal, and each party will bear their own costs and attorneys' fees.

It is so ordered this 5th day of February, 2020.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Judge